DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
Jesus Mendoza
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
Glen S. Coleman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-MJ-00159 EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | COURT TRIAL |
| | ) | |
| GLEN S. COLEMAN, | ) | |
| | ) | Date: February 7, 2011 |
| Defendant. | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

The United States Attorney through his respective counsel, David Stevens, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant GLEN S. COLEMAN, hereby stipulate to continue the court trial set for Tuesday, November 29, 2011 at 10:00am.

///

///

///

///

///

The defendant is charged with Count One 18 U.S.C. § 13 and CVC § 14601.2(a) - Driving When Privilege Suspended and Revoked for Driving Under the Influence of Alcohol or Drugs, a Class B Misdemeanor. The defendant is also charged with Count Two 18 U.S.C. § 13 and CVC § 12500(a) - Driving Without a Valid License, a Class B Misdemeanor. The defendant requests additional time to obtain his California Driver's License.

Accordingly, the parties jointly request that a new trial date be set for February 7, 2012 at 10:00am.

Dated: November 23, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
GLEN S. COLEMAN

Dated: November 23, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE