1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   Jesus Mendoza
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  Glen S. Coleman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MJ-00159 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE COURT TRIAL |
| GLEN S. COLEMAN, | |
| Defendant. | Date: May 1, 2012<br>Time: 10:00 A.M.<br>Judge: Hon. Edmund F. Brennan |

The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant GLEN S. COLEMAN, hereby stipulate to continue the court trial currently set for February 7, 2012 at 10:00am.

///

///

///

///

///

The defendant is charged with Count One 18 U.S.C. § 13 and CVC § 14601.2(a) - Driving When Privilege Suspended and Revoked for Driving Under the Influence of Alcohol or Drugs, a Class B Misdemeanor. The defendant is also charged with Count Two 18 U.S.C. § 13 and CVC § 12500(a) - Driving Without a Valid License, a Class B Misdemeanor. The defendant requests additional time to obtain his California Driver's License.

Accordingly, the parties jointly request that a new trial date be set for May 1, 2012 at 10:00 a.m.

Dated: January 24, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
GLEN S. COLEMAN

Dated: January 24, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 25, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE