IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MJ-00159-EFB |
| Plaintiff, | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION** |
| v. | |
| GLEN S. COLEMAN, | |
| Defendant. | |

**ORDER TO SHOW CAUSE**

It is HEREBY ORDERED that the defendant appear on November 4, 2013, at 2:00 p.m. to show cause why the probation granted on November 19, 2012, should not be revoked for the defendant's failure to pay his Court-ordered fine and special assessment. The Clerk's office shall issue a summons directing the defendant to appear on November 4, 2013, at 2:00 p.m.

Dated: October 28, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE